Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff* _____

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SAVORELLI, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>THE TRADE DESK, INC.,  JEFF T. GREEN, and LAURA SCHENKEIN,<br><br>                Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Manuel Savorelli ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by The Trade Desk Inc. ("Trade Desk" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Trade Desk ; and (c) review of other publicly available information concerning Trade Desk .

## NATURE OF THE ACTION AND OVERVIEW

1.      This is a class action on behalf of persons and entities that purchased or otherwise acquired Trade Desk Class A common stock or call options, or sold Trade Desk put options, between May 9, 2024 and February 12, 2025, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      Trade Desk is a technology company that operates a self-service, cloud-based platform targeted at advertisers. The Company's platform integrates with inventory, publisher, and data partners to provide ad buyers with the ability to create, manage and optimize data-driven digital advertising campaigns across ad formats and channels.

3.      On June 6, 2023, the Company launched Kokai, a new digital advertising platform experience which purported to incorporate major advances in distributed artificial intelligence (AI), measurements, and advertising partner integrations. In the press release announcing the launch, Trade Desk described Kokai as a "co-pilot to the programmatic marketer" that digests over 13 million advertising impressions every second, helping "advertisers buy the right ad impressions, at the right price, to reach

the target audience at the best time." The Company advertised Kokai as its "largest and most important platform overhaul ever."

4.     As the Company rolled out Kokai and transitioned clients from its older ad-buying platform called Somilar, Trade Desk touted the manner in which Kokai was allegedly driving success for itself and its customers. The Company claimed the "switch over to the new" platform was seamless, stating that it was "without the disruption that comes from yanking something out of the box and maybe having something totally hate it and just be angry." Trade Desk expected "full adoption" of Kokai "over the course of 2024[.]"

5.     Before the start of the Class Period, Trade Desk affirmed prior estimates that, from the June 2023 launch, Kokai "would take about a year to roll out in its entirety."

6.     On February 12, 2025, after the market closed, Trade Desk released its fourth quarter and full year 2024 financial results, revealing revenue of only $741 million. This significantly missed the Company's prior guidance of "at least" $756 million issued only months earlier.

7.     During the related earnings call held on February 12, 2025, Founder and Chief Executive Officer Jeff Green ("Green") revealed that "Kokai rolled out slower than we anticipated," which was "in some cases" "deliberate," as the Company faced ongoing efforts to "understand what the customer needs." Defendant Green further revealed Company had "a series of small execution missteps" and had undergone the "largest reorganization in company history" in part, to address these issues. The Company was "maintaining 2 systems, Somilar and Kokai," which "slows us down."

8.     On this news, the Company's stock price fell $40.31, or 32.98%, to close at $81.92 per share on February 13, 2025, on unusually heavy trading volume.

9.     Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to

disclose to investors: (1) that the Company was experiencing self-inflicted execution challenges in rolling out Kokai, including transitioning clients from the Company's older platform and struggling to understand customer needs; (2) that the Company had "in some cases" deliberately slowed the release of Kokai; (3) that, as a result of the foregoing, the Company's rollout of Kokai was meaningfully delayed; (4) that Trade Desk's inability to effectively execute the rollout of Kokai negatively impacted the Company's revenue growth; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

10.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

11.    The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

12.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

13.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are in this District.

14.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate

commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## **PARTIES**

15.    Plaintiff Manuel Savorelli, as set forth in the accompanying certification, incorporated by reference herein, purchased or otherwise acquired Trade Desk Class A common stock and/or call options, and/or sold Trade Desk put options,  during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

16.    Defendant Trade Desk  is incorporated under the laws of Nevada with its principal executive offices located in Ventura, California. Trade Desk's Class A common stock trades on the NASDAQ exchange under the symbol "TTD."

17.     Defendant Jeff T. Green ("Green") was the Company's Chief Executive Officer ("CEO") at all relevant times.

18.    Defendant Laura Schenkein ("Schenkein") was the Company's Chief Financial Officer ("CFO") at all relevant times.

19.    Defendants Green and Schenkein (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of the Company's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, i.e., the market.  The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein.

# SUBSTANTIVE ALLEGATIONS

## Background

20.    The Trade Desk is a technology company which operates a self-service, cloud-based platform targeted at advertisers. The Company's platform integrates with inventory, publisher, and data partners to provide ad buyers with the ability to create, manage and optimize data-driven digital advertising campaigns across ad formats and channels.

21.    On June 6, 2023, the Company launched Kokai, a new digital advertising platform experience which purported to incorporate major advances in distributed artificial intelligence (AI), measurements, and advertising partner integrations. The Company advertised Kokai as its "largest and most important platform overhaul ever."

## Materially False and Misleading
## Statements Issued During the Class Period

22.    The Class Period begins on May 9, 2024. After the market closed on May 8, 2024, the Company issued a press release announcing its financial results for the quarter ended March 31, 2024. The press release reported the Company's financial results and touted the Company's "***greater deployment of first-party data and retail data, and with significant AI advances in our Kokai platform.***"[1] Specifically, the press release stated in relevant part:

> "Q1 was a strong quarter for The Trade Desk as we delivered revenue of $491 million, accelerating growth to 28% year-over-year. Our outstanding performance to start the year underlines the value advertisers are placing on premium inventory on the open internet," said Jeff Green, Co-founder and CEO of The Trade Desk. "With the continued strong growth of CTV, the growing ubiquity of UID2, new approaches to authentication, ***greater deployment of first-party data and retail data, and with significant AI advances in our Kokai platform, we are better positioned than ever to deliver premium value to advertisers and continue to gain market share.***"

---

[1] Unless otherwise stated, all emphasis in bold and italics hereinafter is added.

**First Quarter 2024 Financial Highlights:**

The following table summarizes our consolidated financial results for the three months ended March 31, 2024 and 2023 ($ in millions, except per share amounts):

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | | 2024 | | 2023 |
| **GAAP Results** | | | | |
| Revenue | $ | 491 | $ | 383 |
| Increase in revenue year over year | | 28 % | | 21 % |
| Net income | $ | 32 | $ | 9 |
| GAAP diluted earnings per share | $ | 0.06 | $ | 0.02 |
| | | | | |
| **Non-GAAP Results** | | | | |
| Adjusted EBITDA | $ | 162 | $ | 109 |
| Adjusted EBITDA margin | | 33 % | | 28 % |
| Non-GAAP net income | $ | 131 | $ | 114 |
| Non-GAAP diluted earnings per share | $ | 0.26 | $ | 0.23 |

23.     During the related earnings call held on May 8, 2024 (the "1Q24 Earnings Call"), Defendant Green touted the success of the Kokai rollout, stating, "I believe our revenue growth acceleration in the first quarter speaks to the innovation and value that we are delivering to our clients with Kokai." Defendant Green further highlighted how Kokai will allow its users to capitalize on advertising opportunities beyond the technology conglomerates, such as Facebook, Instagram, and Google, i.e., the "open Internet," stating the following, in relevant part:

And the innovations in our Kokai platform will help our clients take advantage of this revaluation and fully leverage data-driven buying to fuel their own business growth. As a result, I've never been more optimistic about the future of the open Internet and our ability to gain more than our fair share of the nearly $1 trillion advertising [total addressable market].

24.     Later on the 1Q24 Earnings Call, Defendant Schenkein reiterated the role of Kokai in propelling the Company's growth, stating, "All of our progress in areas such as CTV, Retail Media, Kokai and UID2 helped deliver another quarter of consistently strong growth and profitability to start 2024."

25.    On June 28, 2024, the Company issued a press release entitled "***Traders tout how Kokai is driving campaign success,***" which advertised the purported popularity of Kokai amongst users and the unqualified success of its rollout. The press release stated the following, in relevant part:

> **Traders tout how Kokai is driving campaign success**
>
> ***Exactly one year since The Trade Desk announced its vision for Kokai,*** *the demand-side platform welcomed clients and partners to its New York City office to share more about its latest — and **most transformative — platform update,** made available to clients in early June.*
>
> While over the last year the ad world voiced shared concerns around made-for-advertising websites, the value of user-generated content, and how to save journalism on the open internet (among other important topics), The Trade Desk was building and shipping new innovations aimed at making the industry stronger and the internet a better, easier place to buy media. ***Already, Kokai — The Trade Desk's new UI — has yielded notable campaign results, as told by the traders who have been using our new tools.***
>
> Overall, campaigns in Kokai Beta saw improved KPI performance, with notable optimizations across the board. This includes a 24% drop in cost per unique reach, 36% lower cost per click (CPC), and a 34% reduction in cost per action (CPA), on average. While it's clear our platform is driving results against a set of full-funnel KPIs, there are several key differentiators driving trader adoption, confidence, and success on the platform.

26.    On August 8, 2024, the Company issued a press release announcing its financial results for the quarter ended June 30, 2024. The press release reported the Company's financial results and touted the progress of "Kokai['s] ramp" and "ongoing innovations in Kokai." Specifically the press release stated in relevant part:

> "Q2 was another strong quarter for The Trade Desk, with revenue of $585 million, representing 26% year-over-year growth," said Jeff Green, Co-founder and CEO of The Trade Desk. "We've made significant strides in CTV, retail media and identity, empowering the world's largest brands to buy premium media on the open internet with unprecedented agility and precision. ***As Kokai ramps, we're intuitively surfacing value for advertisers, integrating data into every decision, advancing the full power of AI as a co-pilot, and enabling advertisers to maximize the potential of their first party data. With ongoing innovations in Kokai, the widespread adoption of UID2, and the expanding use of retail data, we will continue to deliver exceptional value to advertisers and grow our leadership in key high growth markets such as CTV.***"

\*                          \*                          \*

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2024 | 2023 | 2024 | 2023 |
| **GAAP Results** | | | | |
| Revenue | $ 585 | $ 464 | $ 1,076 | $ 847 |
| Increase in revenue year over year | 26 % | 23 % | 27 % | 22 % |
| Net income | $ 85 | $ 33 | $ 117 | $ 42 |
| GAAP diluted earnings per share | $ 0.17 | $ 0.07 | $ 0.23 | $ 0.08 |
| | | | | |
| **Non-GAAP Results** | | | | |
| Adjusted EBITDA | $ 242 | $ 180 | $ 404 | $ 288 |
| Adjusted EBITDA margin | 41 % | 39 % | 38 % | 34 % |
| Non-GAAP net income | $ 197 | $ 139 | $ 328 | $ 254 |
| Non-GAAP diluted earnings per share | $ 0.39 | $ 0.28 | $ 0.66 | $ 0.51 |

27.     During the related earnings call held on August 8, 2024, (the "2Q24 Earnings Call"), Defendant Green touted Kokai's use case, stating as follows, in relevant part:

> In order to help advertisers think about efficacy in new ways and to help them take advantage of the premium open Internet where consumers are most leaned in, after years of development, we launched our most ambitious platform to date, Kokai. Kokai allows our clients to deploy data about their most loyal customers and then use that data as a seed to grow and harvest the next generation of loyal customers.

28.     Later during the 2Q24 Earnings Call, speaking regarding the Kokai rollout, Defendant Green further proclaimed, he has "been incredibly encouraged by the early results from Kokai[,]" while highlighting that the "campaigns that have moved from Solimar to Kokai in aggregate, incremental reach is up more than 70%[,]" and "[c]ost per acquisition has improved by about 27% as data elements per impression have gone up by about 30%." Defendant Green further explained that "***performance metrics have improved by about 25%,*** helping to unlock performance budgets on our platform for years to come."

29.     Referencing his earlier remarks during the same 2Q24 Earnings Call about "meeting with many [chief marketing officers]" ("CMOs") from global brands who are "putting a premium on the efficacy of marketing," Defendant Green stated, "Given everything I said about what CMOs today are trying to accomplish and the

pressures that they are under, *I firmly believe that we have met the moment with Kokai.*"

30.     On November 7, 2024, the Company announced its third quarter 2024 financial results in a press release for the period ended September 30, 2024. The press release reported the Company's financial results and touted the Company's "*performance improvements that our clients are seeing with Kokai - our largest platform upgrade to date - showcase the value of audience-driven, AI-enabled innovation.*" The press release further offered finanical guidance, including "*[r]evenue at least $756 million*" in the fourth quarter of 2024. Specifically, the press release stated in relevant part:

> "The Trade Desk delivered strong performance in the third quarter, with revenue of $628 million, accelerating growth to 27%. This performance underlines the value that advertisers are placing on precision and transparency as they work with us to maximize the impact of their campaigns," said Jeff Green, Co-founder and CEO of The Trade Desk. "As we enter our busiest time of year and look ahead to 2025, we have never been in a better position to capture greater share of the $1 trillion advertising TAM. 2024 has been a banner year for CTV. Many of the largest media companies are now working with us to help clients capture the full value of CTV advertising via programmatic. We are similarly excited about the momentum in retail media and the pace of adoption by advertisers who are taking advantage of our retail data marketplace. *And the performance improvements that our clients are seeing with Kokai - our largest platform upgrade to date - showcase the value of audience-driven, AI-enabled innovation.*"

*              *              *

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2024 | 2023 | 2024 | 2023 |
| **GAAP Results** | | | | |
| Revenue | $ 628 | $ 493 | $ 1,704 | $ 1,340 |
| Increase in revenue year over year | 27 % | 25 % | 27 % | 23 % |
| Net income | $ 94 | $ 39 | $ 211 | $ 82 |
| Net income margin | 15 % | 8 % | 12 % | 6 % |
| GAAP diluted earnings per share | $ 0.19 | $ 0.08 | $ 0.42 | $ 0.16 |
| | | | | |
| **Non-GAAP Results** | | | | |
| Adjusted EBITDA | $ 257 | $ 200 | $ 661 | $ 488 |
| Adjusted EBITDA margin | 41 % | 40 % | 39 % | 36 % |
| Non-GAAP net income | $ 207 | $ 167 | $ 536 | $ 421 |
| Non-GAAP diluted earnings per share | $ 0.41 | $ 0.33 | $ 1.07 | $ 0.84 |

*                    *                    *

**Financial Guidance:**

Fourth Quarter 2024 outlook summary:

•*Revenue at least $756 million*

•Adjusted EBITDA of approximately $363 million

31.    During the related earnings call held on November 7, 2024, (the "3Q24 Earnings Call"), Defendant Green once again assured investors that "*[w]e are already seeing the results of Kokai performance today, but we're just getting started.*" Defendant Schenkein further touted that "[k]ey investment initiatives, including performance advancements in our Kokai platform . . . are not only *strengthening our foundation, but position us for durable growth in 2025* and beyond."

32.    Later, during the question-and-answer portion of the 3Q24 Earnings Call, an analyst asked Defendant Green "[W]hat type of work does it take to help CMOs and the users understand the metrics coming out of Kokai but also to kind of gain trust around them?" The analyst added that it has "been a challenge in some other walled garden platforms" getting "people [to] trust[] the attribution data." In response, Defendant Green stated, in relevant part:

> I really appreciate the question because I think this is one of the more nuanced ways that we have just so much opportunity in front of us. . . . But the state of measurement is that walled gardens have essentially been grading their own homework for many, many years. And one of the things that they've done really well is convinced people to use their own metrics and kept things quite simple. But at times, that's been really difficult for some of the biggest brands in the world because they'll be told by a walled garden, we help you sell 101 toothbrushes, when the company actually only sold 100 toothbrushes total.

33.    The above statements identified in ¶¶ 22-32 were materially false and/or misleading, and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors: (1) that the Company was experiencing self-inflicted execution challenges in rolling out Kokai, including transitioning clients from the Company's older

platform and struggling to understand customer needs; (2) that the Company had "in some cases" deliberately slowed the release of Kokai; (3) that, as a result of the foregoing, the Company's rollout of Kokai was meaningfully delayed; (4) that Trade Desk's inability to effectively execute the rollout of Kokai negatively impacted the Company's revenue growth; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

## Disclosures at the End of the Class Period

34.     On February 12, 2025, after the market closed, Trade Desk released its fourth-quarter 2024 earnings, in a press release, revealing revenue of only $741 million. This significantly missed the Company's prior guidance of "at least" $756 million issued only months earlier. Specifically, the press release stated, in relevant part:

**Fourth Quarter and Full Year 2024 Financial Highlights:**

The following table summarizes the Company's unaudited consolidated financial results for the three and twelve months ended December 31, 2024 and 2023 ($ in millions, except per share amounts):

|  | Three Months Ended December 31, | | Year Ended December 31, | |
|  | 2024 | 2023 | 2024 | 2023 |
| --- | --- | --- | --- | --- |
| **GAAP Results** | | | | |
| Revenue | $ 741 | $ 606 | $ 2,445 | $ 1,946 |
| Increase in revenue year over year | 22 % | 23 % | 26 % | 23 % |
| Net income | $ 182 | $ 97 | $ 393 | $ 179 |
| Net income margin | 25 % | 16 % | 16 % | 9 % |
| GAAP diluted earnings per share | $ 0.36 | $ 0.19 | $ 0.78 | $ 0.36 |
| | | | | |
| **Non-GAAP Results** | | | | |
| Adjusted EBITDA | $ 350 | $ 284 | $ 1,011 | $ 772 |
| Adjusted EBITDA margin | 47 % | 47 % | 41 % | 40 % |
| Non-GAAP net income | $ 297 | $ 207 | $ 832 | $ 628 |
| Non-GAAP diluted earnings per share | $ 0.59 | $ 0.41 | $ 1.66 | $ 1.26 |

35.     On the same date, the Company held an earnings call (the "4Q24 Earnings Call"). During the 4Q24 Earnings Call, Founder and CEO, Defendant Green, revealed that "Kokai rolled out slower than we anticipated," which was "in

some cases" "deliberate," as the Company faced ongoing efforts to "understand what the customer needs." Defendant Green disclosed that Trade Desk has yet to onboard all of its clients onto Kokai, stating, "[W]e'll move 100% of our clients to Kokai this year. Now the majority already have. ***But today, we're maintaining 2 systems, Solimar and Kokai. This slows us down. Kokai is more effective in almost every way.***" Defendant Green further revealed Company had "a series of small execution missteps" and had underwent the "largest reorganization in company history" in part, to address these issues. Specifically, during the 4Q24 Earnings Call, Defendant Green offered prepared remarks, including the following, in relevant part:

> Our brightest days are still ahead of us, but before I talk about that, I want to spend a few minutes sharing what we got wrong and the changes we are making to meet this moment and maximize our unique and growing opportunity. Starting off, let me explain it as I see it, what falling short of our own expectations does NOT represent. This didn't happen because the opportunity isn't as big as we thought. In this case, it isn't because of competition either. ***For Q4, the reality is that we stumbled due to a series of small execution missteps while simultaneously preparing for the future.***
>
> \*                    \*                    \*
>
> In that effort, I want to highlight four major changes we've made at The Trade Desk in the last few months, and some related initiatives that accompany them. First, we did the largest reorganization in company history in December. While we often make structural changes at the end of the year to improve our business, this was bigger than usual.

36.     Later during the 4Q24 Earnings Call Defendant Green was asked by an analyst to provide "a little more detail about what you observed about the difference between you and the industry" given that "going into [the] earnings report, there were a lot of concerns" including potential "issues with Kokai rollout pace." In response, Defendant Green stated the following, in relevant part:

> The environment wasn't perfect, but we knew that when we guided even if it was slightly harder than we thought, we've navigated that before. So you are right. And I know there is going to be 1,000 questions, a bunch of you -- well, we actually started a couple of them, and I know there will be more because we've done so well for so long at setting expectations. And when we talk about the missteps specifically, many of them involve people, mistakes that aren't appropriate to discuss publicly, especially when people are already learning from these mistakes.

*One of those -- you're right, that Kokai rolled out slower than we anticipated. But much of that was for good reason. We've seen moments and places to inject AI like improving the foundation of our forecasting and performance models. That is a short-term negative for sure, but it is a long-term negative. We are working -- I'm sorry, it's a long-term positive, sorry. We are working really hard to get the deals right and lay groundwork to move the upfront to digital.*

Again, long term, I think this is amazingly good for us. And I'm confident we are building the right things. ***In other words, in some cases, the slower Kokai rollout was deliberate, a quicker rollout would result in more short-term spend, and we don't always build what the customers want. Instead, we are trying to understand what the customer needs.*** Elevating us and them together is a much harder task than simply taking orders. So as it relates to the internal changes, I think it is best to operate a company with our talent and the opportunity that we're facing to build the org and the team of the future, as fast as possible so that we capture the most market share possible at end state.

37.    On this news, the Company's stock price fell $40.31, or 32.98%, to close at $81.92 per share on February 13, 2025, on unusually heavy trading volume.

## CLASS ACTION ALLEGATIONS

38.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Trade Desk Class A common stock or call options, or sold Trade Desk put options, between May 9, 2024 and February 12, 2025, inclusive, and who were damaged thereby (the "Class").  Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

39.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Trade Desk's shares actively traded on the NASDAQ.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class.  Millions of Trade Desk  shares were traded publicly during the Class Period on the NASDAQ.  Record owners and other members of the Class may be identified

from records maintained by Trade Desk  or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

40.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

41.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

42.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)     whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)     whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Trade Desk ; and

(c)     to what extent the members of the Class have sustained damages and the proper measure of damages.

43.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

44.     The market for Trade Desk's securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading

statements, and/or failures to disclose, Trade Desk's securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired Trade Desk's securities relying upon the integrity of the market price of the Company's securities and market information relating to Trade Desk, and have been damaged thereby.

45.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Trade Desk's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about Trade Desk's business, operations, and prospects as alleged herein.

46.    At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Trade Desk's financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## **LOSS CAUSATION**

47.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

48.    During the Class Period, Plaintiff and the Class purchased Trade Desk's securities at artificially inflated prices and were damaged thereby.  The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

49.    As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Trade Desk, their control over, and/or receipt and/or modification of Trade Desk's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Trade Desk, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
### (FRAUD-ON-THE-MARKET DOCTRINE)

50.    The market for Trade Desk's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Trade Desk's securities traded at artificially inflated prices during the Class Period.  On December 4, 2024, the Company's share price closed at a Class Period high of $139.51 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Trade Desk's securities and market information relating to Trade Desk, and have been damaged thereby.

51.     During the Class Period, the artificial inflation of Trade Desk's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Trade Desk's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Trade Desk  and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

52.     At all relevant times, the market for Trade Desk's securities was an efficient market for the following reasons, among others:

(a)     Trade Desk  shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)     As a regulated issuer, Trade Desk  filed periodic public reports with the SEC and/or the NASDAQ;

(c)     Trade Desk  regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)     Trade Desk  was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

53.     As a result of the foregoing, the market for Trade Desk's securities promptly digested current information regarding Trade Desk  from all publicly available sources and reflected such information in Trade Desk's share price. Under these circumstances, all purchasers of Trade Desk's securities during the Class Period suffered similar injury through their purchase of Trade Desk's securities at artificially inflated prices and a presumption of reliance applies.

54.     A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions.  Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery.  All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## **NO SAFE HARBOR**

55.     The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false

forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Trade Desk  who knew that the statement was false when made.

**FIRST CLAIM**

**Violation of Section 10(b) of The Exchange Act and**

**Rule 10b-5 Promulgated Thereunder**

**Against All Defendants**

56.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

57.    During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Trade Desk's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

58.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Trade Desk's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

59.    Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged

and participated in a continuous course of conduct to conceal adverse material information about Trade Desk's financial well-being and prospects, as specified herein.

60.     Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Trade Desk's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Trade Desk  and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

61.     Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

62.     Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Trade Desk's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

63.     As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Trade Desk's securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Trade Desk's securities during the Class Period at artificially high prices and were damaged thereby.

64.     At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Trade Desk  was experiencing, which were not

disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Trade Desk securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

65.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

66.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

### SECOND CLAIM

**Violation of Section 20(a) of The Exchange Act**

**Against the Individual Defendants**

67.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

68.    Individual Defendants acted as controlling persons of Trade Desk within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

69.    In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

70.    As set forth above, Trade Desk  and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)    Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)    Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)    Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Such other and further relief as the Court may deem just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

1  DATED:  March 5, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Pavithra Rajesh*

Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**

Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Counsel for Plaintiff Manuel Savorelli*

## SWORN CERTIFICATION OF PLAINTIFF

The Trade Desk, Inc., SECURITIES LITIGATION

I,      Manuel Savorelli                 , certify:

1.  I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2.  I did not purchase The Trade Desk, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in The Trade Desk, Inc., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5.  I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/26/2025

Dated: _____

Signed by:

D864C4D041A4424...

_____

Manuel Savorelli

**Manuel Savorelli's Transactions in The Trade Desk, Inc. (TTD)**

**Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 9/13/2024 | Sold | 6,100 | $105.0000 |
| 2/4/2025 | Bought | 2,000 | $112.9500 |

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|------------------|---------------|--------------|----------|-------|
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.0800 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.0800 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.1000 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.1000 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.1100 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.1000 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.1000 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.1000 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.1000 |
| 5/14/2024 | Sell to Open | Put | 5/17/2024 / $81 | -1 | $0.1000 |
| 5/17/2024 | Expired | Put | 5/17/2024 / $81 | 10 | $0.0000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -11 | $1.9000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.9000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -10 | $1.8800 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8400 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -12 | $1.8400 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8200 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8200 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.7600 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.8000 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.7200 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.7200 |
| 5/20/2024 | Sell to Open | Call | 5/24/2024 / $96 | -2 | $1.7000 |
| 5/24/2024 | Expired | Call | 5/24/2024 / $96 | 61 | $0.0000 |
| 5/29/2024 | Sell to Open | Call | 5/31/2024 / $97 | -61 | $0.4000 |
| 5/31/2024 | Expired | Call | 5/31/2024 / $97 | 61 | $0.0000 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -3 | $0.3400 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3400 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3300 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3200 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3200 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -2 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -1 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -1 | $0.3300 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -1 | $0.3100 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -1 | $0.3100 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -1 | $0.3100 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -1 | $0.3000 |
| 6/3/2024 | Sell to Open | Put | 6/7/2024 / $88 | -1 | $0.3000 |
| 6/5/2024 | Sell to Open | Call | 6/7/2024 / $97 | -31 | $1.1100 |
| 6/5/2024 | Sell to Open | Call | 6/7/2024 / $97 | -30 | $1.0600 |
| 6/7/2024 | Expired | Put | 6/7/2024 / $88 | 32 | $0.0000 |
| 6/7/2024 | Expired | Call | 6/7/2024 / $97 | 61 | $0.0000 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $97 | -5 | $1.2600 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $97 | -5 | $1.3000 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $97 | -5 | $1.1400 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $97 | -5 | $1.1000 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $97 | -5 | $1.0800 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $97 | -5 | $1.0000 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $97 | -5 | $0.9800 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $98 | -6 | $1.0000 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $98 | -5 | $0.9600 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $98 | -5 | $0.9400 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $98 | -5 | $0.9400 |
| 6/12/2024 | Sell to Open | Call | 6/14/2024 / $98 | -5 | $0.9400 |
| 6/13/2024 | Sell to Open | Call | 12/20/2024 / $105 | -59 | $9.2200 |
| 6/13/2024 | Sell to Open | Call | 12/20/2024 / $105 | -2 | $9.1800 |
| 6/13/2024 | Buy to Close | Call | 9/20/2024 / $95 | 59 | $9.1000 |
| 6/13/2024 | Buy to Close | Call | 9/20/2024 / $95 | 2 | $9.0500 |
| 6/14/2024 | Expired | Call | 6/14/2024 / $97 | 35 | $0.0000 |
| 6/14/2024 | Expired | Call | 6/14/2024 / $98 | 26 | $0.0000 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $0.9500 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -6 | $0.8500 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1500 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1400 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1400 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1300 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1300 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|-----------------|---------------|--------------|----------|-------|
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1300 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1300 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1300 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1300 |
| 6/17/2024 | Sell to Open | Call | 6/21/2024 / $99 | -5 | $1.1100 |
| 6/21/2024 | Expired | Call | 6/21/2024 / $99 | 61 | $0.0000 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1400 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.2900 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.2800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.2700 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1900 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1900 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 / $101 | -2 | $0.1800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -14 | $0.0800 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -2 | $0.0700 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -2 | $0.1500 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -2 | $0.1400 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -2 | $0.1400 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -2 | $0.1400 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -2 | $0.1400 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -2 | $0.1400 |
| 7/2/2024 | Sell to Open | Call | 7/5/2024 /$102 | -1 | $0.1200 |
| 7/5/2024 | Expired | Call | 7/5/2024 / $101 | 32 | $0.0000 |
| 7/5/2024 | Expired | Call | 7/5/2024 /$102 | 29 | $0.0000 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.4000 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3800 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3800 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3800 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3800 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3800 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3800 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -6 | $0.3600 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3600 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3600 |
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3600 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|------------------|---------------|--------------|----------|-------|
| 7/9/2024 | Sell to Open | Call | 7/12/2024 / $104 | -5 | $0.3600 |
| 7/12/2024 | Expired | Call | 7/12/2024 / $104 | 61 | $0.0000 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -4 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -3 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -3 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -6 | $0.1700 |
| 7/15/2024 | Sell to Open | Call | 7/19/2024 / $107 | -5 | $0.1600 |
| 7/17/2024 | Sell to Open | Put | 7/19/2024 / $90 | -10 | $0.2400 |
| 7/17/2024 | Sell to Open | Put | 7/19/2024 / $91 | -2 | $0.1000 |
| 7/17/2024 | Sell to Open | Put | 7/19/2024 / $92 | -2 | $0.1500 |
| 7/17/2024 | Sell to Open | Put | 7/19/2024 / $92 | -2 | $0.1500 |
| 7/17/2024 | Sell to Open | Put | 7/19/2024 / $92 | -2 | $0.1300 |
| 7/17/2024 | Sell to Open | Put | 7/19/2024 / $92 | -2 | $0.1300 |
| 7/17/2024 | Sell to Open | Put | 7/19/2024 / $97 | -10 | $1.2300 |
| 7/19/2024 | Expired | Call | 7/19/2024 / $107 | 61 | $0.0000 |
| 7/19/2024 | Expired | Put | 7/19/2024 / $90 | 10 | $0.0000 |
| 7/19/2024 | Expired | Put | 7/19/2024 / $91 | 2 | $0.0000 |
| 7/19/2024 | Expired | Put | 7/19/2024 / $92 | 8 | $0.0000 |
| 7/19/2024 | Buy to Close | Put | 7/19/2024 / $97 | 10 | $1.3300 |
| 7/19/2024 | Sell to Open | Put | 7/26/2024 / $97 | -10 | $2.5600 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2900 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2900 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -4 | $0.2900 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2700 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2600 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2600 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2600 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2600 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2600 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2600 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2400 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2500 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2500 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2500 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2400 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2300 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2300 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2200 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2200 |
| 7/22/2024 | Sell to Open | Call | 7/26/24 / $106 | -3 | $0.2100 |
| 7/24/2024 | Sell to Open | Put | 7/26/2024 / $86 | -10 | $0.2100 |
| 7/24/2024 | Sell to Open | Put | 7/26/2024 / $88 | -10 | $0.2100 |
| 7/26/2024 | Expired | Put | 7/26/2024 / $86 | 10 | $0.0000 |
| 7/26/2024 | Expired | Put | 7/26/2024 / $88 | 10 | $0.0000 |
| 7/26/2024 | Buy to Close | Put | 7/26/2024 / $97 | 10 | $4.8500 |
| 7/26/2024 | Expired | Call | 7/26/24 / $106 | 61 | $0.0000 |
| 7/26/2024 | Sell to Open | Put | 8/2/2024 / $97 | -10 | $5.4200 |
| 7/30/2024 | Sell to Open | Put | 8/2/2024 / $87 | -10 | $1.1000 |
| 7/31/2024 | Buy to Close | Put | 8/2/2024 / $97 | 10 | $6.5700 |
| 7/31/2024 | Sell to Open | Put | 8/9/2024 / $93 | -10 | $7.0200 |
| 8/2/2024 | Buy to Close | Put | 8/2/2024 / $87 | 10 | $4.3200 |
| 8/2/2024 | Sell to Open | Put | 8/9/2024 / $84 | -10 | $6.1000 |
| 8/5/2024 | Sell to Open | Put | 8/16/2024 / $93 | -10 | $11.1600 |
| 8/5/2024 | Sell to Open | Put | 8/9/2024 / $74 | -2 | $2.1200 |
| 8/5/2024 | Sell to Open | Put | 8/9/2024 / $74 | -2 | $2.0600 |
| 8/5/2024 | Sell to Open | Put | 8/9/2024 / $75 | -2 | $2.2600 |
| 8/5/2024 | Sell to Open | Put | 8/9/2024 / $76 | -2 | $2.4200 |
| 8/5/2024 | Buy to Close | Put | 8/9/2024 / $93 | 10 | $10.6710 |
| 8/7/2024 | Sell to Open | Call | 8/9/2024 / $103 | -20 | $0.4000 |
| 8/7/2024 | Sell to Open | Call | 8/9/2024 / $104 | -21 | $0.2200 |
| 8/7/2024 | Sell to Open | Call | 8/9/2024 / $104 | -20 | $0.3200 |
| 8/9/2024 | Expired | Call | 8/9/2024 / $103 | 20 | $0.0000 |
| 8/9/2024 | Expired | Call | 8/9/2024 / $104 | 41 | $0.0000 |
| 8/9/2024 | Expired | Put | 8/9/2024 / $74 | 4 | $0.0000 |
| 8/9/2024 | Expired | Put | 8/9/2024 / $75 | 2 | $0.0000 |
| 8/9/2024 | Expired | Put | 8/9/2024 / $76 | 2 | $0.0000 |
| 8/9/2024 | Expired | Put | 8/9/2024 / $84 | 10 | $0.0000 |
| 8/13/2024 | Sell to Open | Call | 8/16/2024 / $104 | -2 | $0.1700 |
| 8/13/2024 | Sell to Open | Call | 8/16/2024 / $104 | -2 | $0.1700 |
| 8/13/2024 | Sell to Open | Call | 8/16/2024 / $104 | -2 | $0.1700 |
| 8/13/2024 | Sell to Open | Call | 8/16/2024 / $104 | -2 | $0.1700 |
| 8/14/2024 | Sell to Open | Call | 8/16/2024 / $104 | -2 | $0.1600 |
| 8/14/2024 | Sell to Open | Call | 8/16/2024 / $104 | -2 | $0.1500 |
| 8/16/2024 | Expired | Call | 8/16/2024 / $104 | 12 | $0.0000 |
| 8/16/2024 | Expired | Put | 8/16/2024 / $93 | 10 | $0.0000 |
| 8/21/2024 | Sell to Open | Call | 8/23/2024 / $108 | -30 | $0.1100 |
| 8/23/2024 | Expired | Call | 8/23/2024 / $108 | 30 | $0.0000 |
| 8/29/2024 | Buy to Close | Call | 12/20/2024 / $105 | 61 | $10.1000 |
| 8/29/2024 | Sell to Open | Call | 3/31/2025 / $115 | -61 | $10.1600 |
| 9/5/2024 | Sell to Open | Call | 9/6/2024 / $108 | -40 | $0.0800 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|------------------|---------------|--------------|----------|-------|
| 9/5/2024 | Sell to Open | Call | 9/6/2024 / $108 | -21 | $0.0900 |
| 9/6/2024 | Expired | Call | 9/6/2024 / $108 | 61 | $0.0000 |
| 9/9/2024 | Sell to Open | Put | 9/13/2024 / $93 | -1 | $0.2100 |
| 9/9/2024 | Sell to Open | Put | 9/13/2024 / $93 | -1 | $0.2000 |
| 9/9/2024 | Sell to Open | Put | 9/13/2024 / $93 | -1 | $0.2000 |
| 9/9/2024 | Sell to Open | Put | 9/13/2024 / $93 | -1 | $0.2000 |
| 9/9/2024 | Sell to Open | Put | 9/13/2024 / $93 | -1 | $0.2000 |
| 9/12/2024 | Sell to Open | Call | 9/13/2024 / $105 | -61 | $0.5100 |
| 9/13/2024 | Assigned | Call | 9/13/2024 / $105 | 61 | $0.0000 |
| 9/13/2024 | Expired | Put | 9/13/2024 / $93 | 5 | $0.0000 |
| 10/1/2024 | Sell to Open | Put | 10/4/2024 / $103 | -61 | $0.1300 |
| 10/4/2024 | Expired | Put | 10/4/2024 / $103 | 61 | $0.0000 |
| 10/7/2024 | Sell to Open | Put | 10/11/2024 / $104 | -30 | $0.1400 |
| 10/7/2024 | Sell to Open | Put | 10/11/2024 / $105 | -20 | $0.1800 |
| 10/7/2024 | Sell to Open | Put | 10/11/2024 / $106 | -10 | $0.2600 |
| 10/11/2024 | Expired | Put | 10/11/2024 / $104 | 30 | $0.0000 |
| 10/11/2024 | Expired | Put | 10/11/2024 / $105 | 20 | $0.0000 |
| 10/11/2024 | Expired | Put | 10/11/2024 / $106 | 10 | $0.0000 |
| 10/16/2024 | Sell to Open | Put | 10/18/2024 / $113 | -61 | $0.1000 |
| 10/18/2024 | Expired | Put | 10/18/2024 / $113 | 61 | $0.0000 |
| 10/23/2024 | Sell to Open | Put | 10/25/2024 / $112 | -10 | $0.0900 |
| 10/23/2024 | Sell to Open | Put | 10/25/2024 / $112 | -20 | $0.1000 |
| 10/23/2024 | Sell to Open | Put | 10/25/2024 / $113 | -31 | $0.1500 |
| 10/25/2024 | Expired | Put | 10/25/2024 / $112 | 30 | $0.0000 |
| 10/25/2024 | Expired | Put | 10/25/2024 / $113 | 31 | $0.0000 |
| 10/28/2024 | Sell to Open | Put | 11/1/2024 / $112 | -1 | $0.3200 |
| 10/28/2024 | Sell to Open | Put | 11/1/2024 / $112 | -1 | $0.3100 |
| 10/28/2024 | Sell to Open | Put | 11/1/2024 / $112 | -1 | $0.3100 |
| 10/28/2024 | Sell to Open | Put | 11/1/2024 / $112 | -1 | $0.3100 |
| 10/28/2024 | Sell to Open | Put | 11/1/2024 / $112 | -1 | $0.3000 |
| 10/28/2024 | Sell to Open | Put | 11/1/2024 / $112 | -1 | $0.3000 |
| 10/30/2024 | Sell to Open | Put | 11/1/2024 / $118 | -55 | $0.3500 |
| 10/31/2024 | Buy to Close | Put | 11/1/2024 / $118 | 55 | $0.8867 |
| 10/31/2024 | Sell to Open | Put | 11/8/2024 / $110 | -55 | $3.0267 |
| 11/1/2024 | Expired | Put | 11/1/2024 / $112 | 6 | $0.0000 |
| 11/6/2024 | Sell to Open | Put | 11/8/2024 / $114 | -20 | $2.1620 |
| 11/6/2024 | Buy to Close | Call | 3/31/2025 / $115 | 61 | $19.7000 |
| 11/6/2024 | Sell to Open | Call | 9/19/2025 / $130 | -61 | $20.0900 |
| 11/7/2024 | Sell to Open | Put | 11/8/2024 / $122 | -61 | $1.8300 |
| 11/8/2024 | Expired | Put | 11/8/2024 / $114 | 20 | $0.0000 |
| 11/8/2024 | Sell to Open | Put | 11/15/2024 / $120 | -61 | $1.7700 |
| 11/8/2024 | Buy to Close | Put | 11/8/2024 / $110 | 55 | $0.0400 |
| 11/8/2024 | Buy to Close | Put | 11/8/2024 / $122 | 61 | $1.6700 |
| 11/11/2024 | Sell to Open | Put | 11/15/2024 / $124 | -31 | $0.5300 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|-----------------|---------------|--------------|----------|-------|
| 11/11/2024 | Sell to Open | Put | 11/15/2024 / $125 | -30 | $0.6200 |
| 11/15/2024 | Buy to Close | Put | 11/15/2024 / $120 | 61 | $1.8967 |
| 11/15/2024 | Buy to Close | Put | 11/15/2024 / $124 | 31 | $5.9000 |
| 11/15/2024 | Buy to Close | Put | 11/15/2024 / $125 | 30 | $6.7500 |
| 11/15/2024 | Sell to Open | Put | 12/6/2024 / $123 | -31 | $6.4584 |
| 11/15/2024 | Sell to Open | Put | 12/6/2024 / $124 | -30 | $7.1600 |
| 11/19/2024 | Sell to Open | Call | 11/22/2024 / $124 | -10 | $0.3300 |
| 11/19/2024 | Sell to Open | Call | 11/22/2024 / $124 | -1 | $0.3300 |
| 11/19/2024 | Sell to Open | Call | 11/22/2024 / $124 | -1 | $0.3300 |
| 11/19/2024 | Sell to Open | Call | 11/22/2024 / $124 | -1 | $0.3200 |
| 11/19/2024 | Sell to Open | Call | 11/22/2024 / $124 | -1 | $0.3200 |
| 11/19/2024 | Sell to Open | Call | 11/22/2024 / $124 | -1 | $0.3200 |
| 11/19/2024 | Sell to Open | Call | 11/22/2024 / $124 | -1 | $0.2800 |
| 11/20/2024 | Buy to Close | Call | 11/22/2024 / $124 | 16 | $1.6200 |
| 11/20/2024 | Sell to Open | Call | 12/13/2024 / $132 | -16 | $1.8100 |
| 12/4/2024 | Sell to Open | Put | 12/6/2024 / $139 | -16 | $0.7600 |
| 12/6/2024 | Buy to Close | Call | 12/13/2024 / $132 | 16 | $7.1500 |
| 12/6/2024 | Sell to Open | Put | 12/13/2024 / $138 | -16 | $2.7000 |
| 12/6/2024 | Sell to Open | Call | 12/27/2024 / $134 | -16 | $7.0500 |
| 12/6/2024 | Expired | Put | 12/6/2024 / $123 | 31 | $0.0000 |
| 12/6/2024 | Expired | Put | 12/6/2024 / $124 | 30 | $0.0000 |
| 12/6/2024 | Buy to Close | Put | 12/6/2024 / $139 | 16 | $1.7300 |
| 12/9/2024 | Sell to Open | Call | 1/10/2025 / $137 | -16 | $3.7400 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $127 | -10 | $0.2400 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $127 | -10 | $0.2200 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -10 | $0.2800 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -10 | $0.2600 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -1 | $0.2400 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -10 | $0.2300 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -1 | $0.2200 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -1 | $0.2300 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -1 | $0.2200 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -1 | $0.2200 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -1 | $0.2200 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -1 | $0.2200 |
| 12/9/2024 | Sell to Open | Put | 12/13/2024 / $129 | -1 | $0.2200 |
| 12/9/2024 | Buy to Close | Call | 12/27/2024 / $134 | 16 | $3.5700 |
| 12/11/2024 | Sell to Open | Call | 12/13/2024 / $139 | -3 | $0.2500 |
| 12/12/2024 | Sell to Open | Put | 12/13/2024 / $129 | -4 | $0.0900 |
| 12/13/2024 | Sell to Open | Put | 1/24/2025 / $133 | -16 | $6.0000 |
| 12/13/2024 | Expired | Put | 12/13/2024 / $127 | 20 | $0.0000 |
| 12/13/2024 | Expired | Put | 12/13/2024 / $129 | 42 | $0.0000 |
| 12/13/2024 | Buy to Close | Put | 12/13/2024 / $138 | 16 | $5.7300 |
| 12/13/2024 | Expired | Call | 12/13/2024 / $139 | 3 | $0.0000 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|------|------------------|---------------|--------------|----------|-------|
| 12/18/2024 | Buy to Close | Put | 1/24/2025 / $133 | 16 | $5.3200 |
| 12/18/2024 | Sell to Open | Put | 12/20/2024 / $124 | -26 | $0.2300 |
| 12/18/2024 | Sell to Open | Put | 12/20/2024 / $125 | -10 | $0.2400 |
| 12/18/2024 | Sell to Open | Put | 12/20/2024 / $125 | -5 | $0.2100 |
| 12/18/2024 | Sell to Open | Put | 12/20/2024 / $126 | -10 | $0.2500 |
| 12/18/2024 | Sell to Open | Put | 12/20/2024 / $126 | -5 | $0.2600 |
| 12/18/2024 | Sell to Open | Put | 12/20/2024 / $126 | -5 | $0.2500 |
| 12/18/2024 | Sell to Open | Put | 3/21/2025 / $120 | -16 | $5.5400 |
| 12/20/2024 | Expired | Put | 12/20/2024 / $124 | 26 | $0.0000 |
| 12/20/2024 | Buy to Close | Put | 12/20/2024 / $125 | 15 | $1.0287 |
| 12/20/2024 | Buy to Close | Put | 12/20/2024 / $126 | 20 | $2.0510 |
| 12/20/2024 | Sell to Open | Put | 12/27/2024 / $122 | -15 | $1.5487 |
| 12/20/2024 | Sell to Open | Put | 12/27/2024 / $124 | -20 | $2.5570 |
| 12/23/2024 | Sell to Open | Put | 1/10/2025 / $120 | -20 | $2.6200 |
| 12/23/2024 | Buy to Close | Put | 12/27/2024 / $124 | 20 | $2.3435 |
| 12/27/2024 | Sell to Open | Put | 1/3/2025 / $120 | -15 | $1.8600 |
| 12/27/2024 | Buy to Close | Put | 12/27/2024 / $122 | 15 | $1.4800 |
| 12/31/2024 | Sell to Open | Put | 1/3/2025 / $115 | -10 | $0.5200 |
| 12/31/2024 | Sell to Open | Put | 1/17/2025 / $118 | -15 | $3.4200 |
| 12/31/2024 | Sell to Open | Put | 1/3/2025 / $116 | -10 | $0.8600 |
| 12/31/2024 | Sell to Open | Put | 1/3/2025 / $117 | -10 | $1.1000 |
| 12/31/2024 | Buy to Close | Put | 1/3/2025 / $120 | 15 | $2.7100 |
| 1/3/2025 | Expired | Put | 1/3/2025 / $115 | 10 | $0.0000 |
| 1/3/2025 | Expired | Put | 1/3/2025 / $116 | 10 | $0.0000 |
| 1/3/2025 | Expired | Put | 1/3/2025 / $117 | 10 | $0.0000 |
| 1/6/2025 | Sell to Open | Put | 1/10/2025 / $120 | -10 | $0.1900 |
| 1/7/2025 | Sell to Open | Put | 1/10/2025 / $117 | -20 | $0.2500 |
| 1/10/2025 | Expired | Put | 1/10/2025 / $117 | 20 | $0.0000 |
| 1/10/2025 | Buy to Close | Put | 1/10/2025 / $120 | 30 | $3.1600 |
| 1/10/2025 | Expired | Call | 1/10/2025 / $137 | 16 | $0.0000 |
| 1/10/2025 | Sell to Open | Put | 1/31/2025 / $115 | -30 | $3.2500 |
| 1/13/2025 | Sell to Open | Put | 1/17/2025 / $113 | -10 | $0.6300 |
| 1/13/2025 | Sell to Open | Put | 1/17/2025 / $113 | -5 | $0.7100 |
| 1/13/2025 | Sell to Open | Put | 1/17/2025 / $113 | -5 | $0.5500 |
| 1/13/2025 | Sell to Open | Put | 1/17/2025 / $114 | -5 | $0.7000 |
| 1/14/2025 | Sell to Open | Put | 1/17/2025 / $114 | -5 | $0.6100 |
| 1/14/2025 | Sell to Open | Put | 1/17/2025 / $117 | -5 | $1.5100 |
| 1/14/2025 | Buy to Close | Put | 1/17/2025 / $118 | 15 | $3.1200 |
| 1/14/2025 | Sell to Open | Put | 1/31/2025 / $115 | -15 | $3.2900 |
| 1/17/2025 | Expired | Put | 1/17/2025 / $113 | 20 | $0.0000 |
| 1/17/2025 | Expired | Put | 1/17/2025 / $114 | 10 | $0.0000 |
| 1/17/2025 | Expired | Put | 1/17/2025 / $117 | 5 | $0.0000 |
| 1/21/2025 | Sell to Open | Put | 1/24/2025 / $117 | -2 | $0.2000 |
| 1/21/2025 | Sell to Open | Put | 1/24/2025 / $117 | -2 | $0.1900 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 1/21/2025 | Sell to Open | Put | 1/24/2025 / $117 | -2 | $0.2000 |
| 1/22/2025 | Sell to Open | Put | 1/24/2025 / $117 | -10 | $0.3000 |
| 1/24/2025 | Expired | Put | 1/24/2025 / $117 | 16 | $0.0000 |
| 1/28/2025 | Sell to Open | Put | 1/31/2025 / $113 | -10 | $0.2700 |
| 1/28/2025 | Sell to Open | Put | 1/31/2025 / $113 | -10 | $0.2800 |
| 1/31/2025 | Expired | Put | 1/31/2025 / $113 | 20 | $0.0000 |
| 1/31/2025 | Expired | Put | 1/31/2025 / $115 | 45 | $0.0000 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $110 | -10 | $0.6300 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $110 | -10 | $0.6300 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $111 | -2 | $0.8800 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $111 | -2 | $0.8500 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $111 | -2 | $0.8500 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $111 | -2 | $0.8300 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $112 | -2 | $1.0400 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $112 | -2 | $0.9700 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $112 | -2 | $0.9200 |
| 2/3/2025 | Sell to Open | Put | 2/7/2025 / $113 | -11 | $0.6900 |
| 2/4/2025 | Sell to Open | Put | 2/7/2025 / $108 | -10 | $0.4200 |
| 2/4/2025 | Buy to Close | Call | 9/19/2025 / $130 | 41 | $11.7200 |
| 2/7/2025 | Expired | Put | 2/7/2025 / $108 | 10 | $0.0000 |
| 2/7/2025 | Expired | Put | 2/7/2025 / $110 | 20 | $0.0000 |
| 2/7/2025 | Expired | Put | 2/7/2025 / $112 | 6 | $0.0000 |
| 2/7/2025 | Expired | Put | 2/7/2025 / $113 | 11 | $0.0000 |
| 2/10/2025 | Sell to Open | Put | 2/14/2025 / $111 | -10 | $2.4000 |